UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LULAC TEXAS; VOTO LATINO; TEXAS ALLIANCE FOR RETIRED AMERICANS; TEXAS AFT,<br><br>              Plaintiffs,<br><br>  v.<br><br>JOSE ESPARZA, in his official capacity as the Texas Deputy Secretary of State; KEN PAXTON, in his official capacity as the Texas Attorney General; JACQUELYN CALLANEN, in her official capacity as the Bexar County Elections Administrator; DANA DeBEAUVOIR, in her official capacity as the Travis County Clerk; ISABEL LONGORIA, in her official capacity as the Harris County Elections Administrator; YVONNE RAMÓN, in her official capacity as the Hidalgo County Elections Administrator; MICHAEL SCARPELLO, in his official capacity as the Dallas County Elections Administrator; LISA WISE, in her official capacity as the El Paso County Elections Administrator,<br><br>              Defendants. | Civil Action<br><br>Case No. 1-21-cv-00786-RP<br><br>**PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

      Plaintiffs LULAC TEXAS, VOTO LATINO, TEXAS ALLIANCE FOR RETIRED AMERICANS, and TEXAS AFT hereby submit the following statement of their corporate interests pursuant to Federal Rule of Civil Procedure 7.1, and state as follows:

      1.      LULAC Texas has no parent corporation, nor does a publicly held company own any interest in it.

      2.      Voto Latino has no parent corporation, nor does a publicly held company own any interest in it.

3. Texas Alliance for Retired Americans has no parent corporation, nor does a publicly held company own any interest in it.

4. Texas AFT has no parent corporation, nor does a publicly held company own any interest in it.

Dated: September 7, 2021.                Respectfully submitted,

/s/ John R. Hardin
John R. Hardin
Texas State Bar No. 24012784
**PERKINS COIE LLP**
500 North Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
johnhardin@perkinscoie.com

Marc E. Elias*
Uzoma N. Nkwonta*
Kathryn E. Yukevich*
Joseph N. Posimato*
Meaghan E. Mixon*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
melias@elias.law
unkwonta@elias.law
kyukevich@elias.law
jposimato@elias.law
mmixon@elias.law

Jonathan P. Hawley*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0179
jhawley@elias.law

*Counsel for Plaintiffs*

*Pro Hac Vice* Applications Forthcoming

2

Domingo Garcia
Texas State Bar No. 07631950
**LAW OFFICE OF DOMINGO GARCIA PC**
1111 West Mockingbird Lane, Suite 1200
Dallas, Texas 75247-5012
Telephone: (214) 941-8300
dgarcia@lulac.org

Luis Roberto Vera, Jr.
Texas State Bar No. 29546740
**ATTORNEY AND COUNSELOR AT LAW**
407 West Ware Boulevard
San Antonio, Texas 78221
Telephone: (210) 225-3300
lrvlaw@sbcglobal.net

*Counsel for Plaintiff LULAC Texas*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 7, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ John R. Hardin*
John R. Hardin
