IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LULAC Texas, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> Jose Esparza, et al., <br><br> *Defendants*. | § <br> § <br> § <br> § <br> §    Case No. 1:21-cv-00786 <br> § <br> § <br> § <br> § |

**STATE DEFENDANTS' NOTICE OF MOTION TO CONSOLIDATE
IN RELATED CASE**

State Defendants provide notice to the Court that this lawsuit is one of four lawsuits filed in this District challenging the same Senate Bill 1. The other three cases are *La Unión del Pueblo Entero v. Abbott*, No. 5:21-cv-844 (W.D. Tex.) (September 3, 2021); *OCA-Greater Houston v. Esparza*, No. 1:21-cv-780 (W.D. Tex.) (Sept. 3, 2021); and *Houston Justice v. Abbott*, No. 5:21-cv-848 (W.D. Tex.) (Sept. 7, 2021). Pursuant to the Fifth Circuit's first-to-file rule, State Defendants filed the Partially-Opposed Motion to Consolidate attached hereto as Exhibit A in the first case that was filed, *La Unión del Pueblo Entero v. Abbott*, No. 5:21-cv-844 (W.D. Tex.) (hereinafter, *LUPE*). As explained in State Defendants' Motion, as the court where suit was first filed, it is the duty of the *LUPE* court to determine if the issues presented in these cases substantially overlap and, if they do, what to do with the subsequently-filed cases. *Mann Mfg. Inc. v. Hortex, Inc.*, 439 F.2d 403, 408 (5th Cir. 1971).

1

| | |
|---|---|
| Date: September 14, 2021 | Respectfully submitted. |
| | |
| KEN PAXTON | /s/ Patrick K. Sweeten |
| Attorney General of Texas | PATRICK K. SWEETEN |
| | Deputy Attorney General for Special Litigation |
| | Tex. State Bar No. 00798537 |
| BRENT WEBSTER | |
| First Assistant Attorney General | WILLIAM T. THOMPSON |
| | Deputy Chief, Special Litigation Unit |
| | Tex. State Bar No. 24088531 |
| | |
| | ERIC A. HUDSON |
| | Senior Special Counsel |
| | Tex. Bar No. 24059977 |
| | |
| | KATHLEEN T. HUNKER |
| | Special Counsel |
| | Tex. State Bar No. 24118415 |
| | *Application for Admission Forthcoming |
| | |
| | LEIF A. OLSON |
| | Special Counsel |
| | Tex. State Bar No. 24032801 |
| | |
| | JEFFREY M. WHITE |
| | Special Counsel |
| | Tex. State Bar No. 24064380 |
| | |
| | OFFICE OF THE ATTORNEY GENERAL |
| | P.O. Box 12548 (MC-009) |
| | Austin, Texas 78711-2548 |
| | Tel.: (512) 463-2100 |
| | Fax: (512) 457-4410 |
| | patrick.sweeten@oag.texas.gov |
| | will.thompson@oag.texas.gov |
| | eric.hudson@oag.texas.gov |
| | kathleen.hunker@oag.texas.gov |
| | leif.olson@oag.texas.gov |
| | jeff.white@oag.texas.gov |
| | |
| | **COUNSEL FOR DEFENDANTS JOSE ESPARZA, IN HIS OFFICIAL CAPACITY AS THE TEXAS DEPUTY SECRETARY OF STATE, AND KEN PAXTON, IN HIS OFFICIAL CAPACITY AS THE TEXAS ATTORNEY GENERAL** |

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on September 14, 2021, and that all counsel of record were served by CM/ECF.

/s/ *Patrick K. Sweeten*
PATRICK K. SWEETEN