# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 1:21-CV-00786

Plaintiff:
**Lulac Texas; Vote Latino; Texas Alliance for Retired Americans; Texas AFT**
vs.
Defendant:
**Jose Esparza, in his official capacity as the Texas Deputy Secretary of State; Ken Paxton, in his official capacity as the Texas Attorney General; et al.**

For Perkins Coie LLP

Received on the 9th day of September, 2021 at 5:09 pm to be served on **Lisa Wise, in her official capacity as the El Paso County Elections Administrator, El Paso County Elections Department, 500 E. San Antonio Ave, Suite 314, El Paso, El Paso County, TX 79901**. I, __Sergio Martinez__, being duly sworn, depose and say that on the __10__ day of __September__ 20__21__ at __11:40 a__.m., executed service by delivering a true copy of the **Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief and Civil Cover Sheet** in accordance with state statutes in the manner marked below:

( ) **CORPORATE SERVICE:** By delivering a true copy of the listed documents with the date and hour of service endorsed thereon by me, to: _____ as _____ at _____, and informed said person of the contents therein, in compliance with state statutes.

XX **PUBLIC AGENCY:** By delivering a true copy of the listed documents with the date and hour of service endorsed thereon by me, to: __Lisa Wise in person__ as __El Paso County Elections Administrator__ of the within-named agency at __500 E. San Antonio Ave, Ste. 314 El Paso, TX 79901__, and informed said person of the contents therein, in compliance with state statutes.

( ) **SUBSTITUTE SERVICE:** By delivering a true copy of the listed documents with the date and hour of service endorsed thereon by me, to: _____ as _____ at _____, and informed said person of the contents therein, in compliance with state statutes.

( ) **NON SERVICE:** For the reason detailed in the comments below.

**COMMENTS:**
_____
_____
_____
_____

I certify that I am over the age of 18, of sound mind, have no interest in the above action. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the __10__ day of __September 2021__ by the affiant who is personally known to me.

_/s/ Anne McGehee_
NOTARY PUBLIC

ANNE MCGEHEE
Notary ID #221389
My Commission Expires
April 16, 2025

_/s/ Sergio Martinez_
Sergio Martinez PSC1521 Exp.10/31/21
PROCESS SERVER # _____
Appointed in accordance with State Statutes

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: 2021006574
Ref: 138393.0042

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2c