## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 1:21-CV-00786

Plaintiff:
**Lulac Texas; Vote Latino; Texas Alliance for Retired Americans; Texas AFT**

vs.

Defendant:
**Jose Esparza, in his official capacity as the Texas Deputy Secretary of State; Ken Paxton, in his official capacity as the Texas Attorney General; et al.**

For:
Perkins Coie LLP
500 North Akard St.
Suite 3300
Dallas, TX 75201

Received by Lucas McGill on the 9th day of September, 2021 at 4:37 pm to be served on **Ken Paxton, in his official capacity as the Texas Attorney General, Office of the Attorney General, 209 W 14th St, Austin, Travis County, TX 78701**.

I, Lucas McGill, being duly sworn, depose and say that on the **13th day of September, 2021** at **11:17 am**, I:

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Sarah Burgess, Office of the Attorney General** as **Authorized Agent** at the address of **209 W 14th St, Austin, Travis County, TX 78701** and informed said person of the contents therein, in compliance with State Statutes.

My name is Lucas McGill. My date of birth is 12/24/1988. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on September 13th, 2021 by Lucas McGill, declarant.

Subscribed and Sworn to before me on the 13th day of September, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

SUZI DICKERSON
Notary Public, State of Texas
Comm Expires 04-04-2023
Notary ID 131060911

Lucas McGill
PSC-16408, Exp. 2/28/2023

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2021006564
Ref: 138393.0042