## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 1:21-CV-00786

Plaintiff:
**Lulac Texas; Vote Latino; Texas Alliance for Retired Americans; Texas AFT**

vs.

Defendant:
**Jose Esparza, in his official capacity as the Texas Deputy Secretary of State; Ken Paxton, in his official capacity as the Texas Attorney General; et al.**

For:
Perkins Coie LLP
500 North Akard St.
Suite 3300
Dallas, TX 75201

Received by Vivian Smith on the 9th day of September, 2021 at 4:28 pm to be served on **Dana Debeauvoir, in her official capacity as the Travis County Clerk, Travis County Elections Division, 5501 Airport Blvd, Austin, Travis County, TX 78751**.

I, Vivian Smith, being duly sworn, depose and say that on the **10th day of September, 2021** at **11:35 am**, I:

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Dana Hess, Travis County** as **Chief Deputy County Clerk** at the address of **5501 Airport Blvd, Austin, Travis County, TX 78751** and informed said person of the contents therein, in compliance with State Statutes.

My name is Vivian Smith. My date of birth is 6/6/1989. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on September 10th, 2021 by Vivian Smith, declarant.

Subscribed and Sworn to before me on the 10th day of September, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960911

**Vivian Smith**
PSC-12617, Exp 05/31/2022

**Austin Process LLC**
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: MST-2021006562
Ref: 138393.0042