UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

LULAC TEXAS; et al., §
§
§
§
Plaintiff(s), §
v. § Civil Action No. <u>1:21-CV-00786-RP</u>
§
§
JOSE ESPARZA, in his official capacity as the §
Texas Deputy Secretary of State; et al., §
Defendant(s). §

## RETURN OF SERVICE

Came to my hand on **Wednesday, September 8, 2021 at 5:55 PM**,
Executed at: **1520 ROUND TABLE DRIVE, DALLAS, TX 75247**
within the county of **DALLAS** at **10:25 AM**, on **Thursday, September 9, 2021**,
by individually and personally delivering to the within named:

**MICHAEL SCARPELLO, IN HIS OFFICIAL CAPACITY AS
THE DALLAS COUNTY ELECTIONS ADMINISTRATOR**

a true copy of this

**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY AND
INJUNCTIVE RELIEF and CIVIL COVER SHEET**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Brian K. Lewis** who after being duly sworn on oath states: "My name is **Brian K. Lewis**. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP.

By: _____
   Brian K. Lewis - PSC 10485 - Exp 08/31/23
   served@specialdelivery.com

Subscribed and Sworn to by Brian K. Lewis, Before Me, the undersigned authority, on this 10TH day of September, 2021.



Notary Public in and for the State of Texas

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

LULAC TEXAS; VOTO LATINO; TEXAS ALLIANCE FOR RETIRED AMERICANS; TEXAS AFT

*Plaintiff(s)*

v.

JOSE ESPARZA, in his official capacity as the Texas Deputy Secretary of State, et al.

*Defendant(s)*

Civil Action No. 21-cv-00786

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Scarpello, in his official capacity as the Dallas County Elections Administrator
Dallas County Elections Department
1520 Round Table Drive
Dallas, TX 75247

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John R. Hardin
PERKINS COIE LLP
500 North Akard Street, Suite 3300
Dallas, Texas 75201-3347

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
*CLERK OF COURT*

Date: 09/08/2021

Deanna Massie

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-00786

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* 
was received by me on *(date)*                   .

☐ I personally served the summons on the individual at *(place)*                                    
                                                   on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*                   
                                         , a person of suitable age and discretion who resides there,
on *(date)*                   , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                         , who is
designated by law to accept service of process on behalf of *(name of organization)*                   
                                                   on *(date)*                   ; or

☐ I returned the summons unexecuted because                                                  ; or

☐ Other *(specify)*:



My fees are $              for travel and $              for services, for a total of $   0.00     .

I declare under penalty of perjury that this information is true.

Date:
                                                    *Server's signature*

                                                    *Printed name and title*


                                                    *Server's address*

Additional information regarding attempted service, etc:    **RETURN / AFFIDAVIT**
                                                            **PROOF / ATTACHED**