**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**LULAC TEXAS; VOTO LATINO; TEXAS**
**ALLIANCE FOR RETIRED AMERICANS;**
**TEXAS AFT,**

-vs-                                                                    **Case No.:**    **1:21-cv-00786-XR**

**JOSE ESPARZA, et al.**


**MOTION FOR ADMISSION *PRO HAC VICE***


TO THE HONORABLE JUDGE OF SAID COURT:

Comes now    **Jonathan Patrick Hawley**    , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western District of

Texas *pro hac vice* to represent    **Plaintiffs**    in this case, and would

respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)

**Elias Law Group LLP**                                                                    ,

with offices at

Mailing address:    **1700 Seventh Avenue, Suite 2100**

City, State, Zip Code:    **Seattle, WA 98101**

Telephone:    **(206) 656-0179**

Facsimile:    **(202) 968-4498**

Email:    **jhawley@elias.law**

2.      Since _____**05-08-2020** ⊞____, Applicant has been and presently is a member of and in

good standing with the Bar of the State of _____**Washington**_____ ⊞ .

Applicant's bar license number is _____**56297**_____.

3.      Applicant has been admitted to practice before the following courts:

Court:                                              Admission date:

**Please see attached**                                **N/A**

_____        _____

_____        _____

_____        _____

4.      Applicant is presently a member in good standing of the bars of the courts listed above,

except as provided below (list any court named in the preceding paragraph before which

Applicant is no longer admitted to practice):

**Yes, the applicant is presently a member in good standing of the bars of the courts**
**listed in the attached.**
_____

5.      Applicant has never been subject to grievance proceedings or involuntary removal

proceedings while a member of the bar of any state or federal court, except as provided

below:

**N/A**_____

_____

6.      Applicant has not been charged, arrested, or convicted of a criminal offense or offenses,

except as provided below (omit minor traffic offenses):

**N/A**_____

7.  Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8.  Select one:

    ☐  Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

    ☑  Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

    Co-counsel:            **John R. Hardin**

    Mailing address:       **500 N. Akard St., Suite 3300**

    City, State, Zip Code:    **Dallas, TX 75201**

    Telephone:             **(214) 965-7743**

9.  Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____**Jonathan Patrick Hawley**_____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

_____**Jonathan Patrick Hawley**_____
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __16th__ day of _____**September**_____, ____**2021**____.

_____**Jonathan Patrick Hawley**_____
[printed name of Applicant]

[signature of Applicant]

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**LULAC TEXAS; VOTO LATINO; TEXAS
ALLIANCE FOR RETIRED AMERICANS;
TEXAS AFT**

-vs-

**Case No.**  **1:21-cv-00786-XR**

**JOSE ESPARZA, et al.**

_____

**O R D E R**

BE IT REMEMBERED on  this  the _____ day of _____September_____, 20_21_, there

was  presented  to  the  Court  the  Motion  for  Admission  _Pro  Hac  Vice_  filed  by

__Jonathan Patrick Hawley__ ("Applicant"), counsel for _____**Plaintiffs**_____ and

the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission _Pro Hac Vice_ is GRANTED, and Applicant

may appear on behalf of _____**Plaintiffs**_____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall,

in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00,

made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and

Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall

register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's _Pro Hac Vice_ status shall not become effective

until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____September_____ 20_21_.

_____
UNITED STATES DISTRICT JUDGE

| State/Court | Bar Number | Date of Admission |
|---|---|---|
| State Bar of California | 319464 | 12/19/17 |
| Washington State Bar Association | 56297 | 05/08/20 |
| U.S. District Court for the Eastern District of California | 319464 | 06/01/20 |
| U.S. Court of Appeals for the Eighth Circuit | 20-0318 | 10/13/20 |
| U.S. Court of Appeals for the Fifth Circuit | N/A | 10/14/20 |
| U.S. District Court for the Western District of Michigan | N/A | 11/17/20 |
| U.S. Court of Appeals for the Eleventh Circuit | N/A | 02/03/21 |