IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LULAC TEXAS; VOTO LATINO; TEXAS ALLIANCE FOR RETIRED AMERICANS; TEXAS AFT, <br><br> *Plaintiffs,* <br><br> v. <br><br> JOSE ESPARZA, in his official capacity as the Texas Deputy Secretary of State, et al., <br><br> *Defendants.* | Civil Action No: 1-21-cv-00786-RP |

## NOTICE OF APPEARANCE OF ORION ARMON FOR DEFENDANT LISA WISE

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Orion Armon of Cooley LLP enters his appearance as counsel for Defendant Lisa Wise, in her official capacity as the El Paso County Elections Commissioner in the aforementioned action. All pleadings, discovery, correspondence, and other material should be served upon counsel at the address set forth below:

Orion Armon (oarmon@cooley.com)
Cooley LLP
1144 15th Street
Suite 2300
Denver, CO 80202-2686
Telephone: +1 720 566-4000
Facsimile: +1 720 566-4099

Dated: September 20, 2021 			Respectfully submitted,

<u>/s/ Orion Armon</u>
Orion Armon (CO SBN #34923)
Cooley LLP
1144 15th Street
Suite 2300
Denver, CO 80202-2686
oarmon@cooley.com
Telephone: +1 720 566-4000
Facsimile: +1 720 566-4099

*Attorney for Lisa Wise*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20th, 2021, this document was served through the Court's CM/ECF Document Filing System upon each attorney of record.

                                         */s/ Orion Armon*
                                         Orion Armon (CO SBN #34923)