UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LULAC Texas, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 1:21-cv-00786-XR |
| Jose Esparza, *et al.*, | § § | |
| *Defendants*. | § § | |

**UNOPPOSED MOTION TO SET DEADLINE FOR RESPONSIVE PLEADING**

Defendants Esparza and Paxton (the "State Defendants") respectfully request that the Court set their deadline to answer or otherwise respond to Plaintiffs' Complaint as October 25, 2021. Four cases now before this Court challenge Senate Bill 1 ("SB1"). The State Defendants in these SB1 cases have different response deadlines in different cases, and in particular cases, some of the individual State Defendants have different response deadlines. The State Defendants request a uniform response deadline so that they may respond to each lawsuit on the same day and have sufficient time to prepare their responses. The plaintiffs in each of the SB1 cases pending in this Court have agreed to a uniform response date of October 25, 2021.

The State Defendants do not seek this motion for delay, but for good cause. This motion will not prejudice Plaintiffs who do not oppose the relief requested.

1

| | |
|---|---|
| Date: September 21, 2021 | Respectfully submitted. |
| | |
| KEN PAXTON | PATRICK K. SWEETEN |
| Attorney General of Texas | Deputy Attorney General for Special Litigation |
| | patrick.sweeten@oag.texas.gov |
| BRENT WEBSTER | Tex. State Bar No. 00798537 |
| First Assistant Attorney General | |
| | WILLIAM T. THOMPSON |
| | Deputy Chief, Special Litigation Unit |
| OFFICE OF THE ATTORNEY GENERAL | will.thompson@oag.texas.gov |
| P.O. Box 12548 (MC-009) | Tex. State Bar No. 24088531 |
| Austin, Texas 78711-2548 | |
| Tel.: (512) 463-2100 | ERIC A. HUDSON |
| Fax: (512) 457-4410 | Senior Special Counsel |
| | eric.hudson@oag.texas.gov |
| | Tex. Bar No. 24059977 |
| | |
| | KATHLEEN T. HUNKER |
| | Special Counsel |
| | kathleen.hunker@oag.texas.gov |
| | Tex. State Bar No. 24118415 |
| | *Application for Admission Forthcoming |
| | |
| | LEIF A. OLSON |
| | Special Counsel |
| | leif.olson@oag.texas.gov |
| | Tex. State Bar No. 24032801 |
| | |
| | /s/ Jeffrey M. White |
| | JEFFREY M. WHITE |
| | Special Counsel |
| | jeff.white@oag.texas.gov |
| | Tex. State Bar No. 24064380 |
| | |
| | **COUNSEL FOR STATE DEFENDANTS** |

## CERTIFICATE OF CONFERENCE

I certify that counsel for the State Defendants conferred with counsel for Plaintiffs about the foregoing motion. Plaintiffs do not oppose the relief requested.

*/s/ Jeffrey M. White*
Jeffrey M. White

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on September 21, 2021, and that all counsel of record were served by CM/ECF.

*/s/ Jeffrey M. White*
Jeffrey M. White