UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LULAC Texas, *et al.*,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>Jose Esparza, *et al.*,<br><br>　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   Case No. 1:21-cv-00786-XR |

## ORDER SETTING DEADLINE FOR RESPONSIVE PLEADING

Before the Court is the State Defendants' Unopposed Motion to Set Deadline for Responsive Pleading. After considering the Motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Defendants Esparza and Paxton have until October 25, 2021, to respond to Plaintiffs' Complaint.

DATE: _____

　　　　　　　　　　　　　　　　　　　XAVIER RODRIGUEZ
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1