UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LULAC TEXAS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSE ESPARZA, in his official capacity as the Texas Deputy Secretary of State, et al.,<br><br>*Defendants*. | Case No.<br>1:21-CV-00786-XR<br><br>NOTICE OF APPEARANCE |

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT LISA WISE**

Ranjana Natarajan of STATES UNITED DEMOCRACY CENTER is admitted to practice in this Court and hereby notifies the Court and all parties of record that she is appearing in this case as counsel for Defendant Lisa Wise, sued in her official capacity as the El Paso County Elections Administrator. Ranjana Natarajan's law firm address, telephone number, and email address are as follows:

    STATES UNITED DEMOCRACY CENTER
    1801 East 51st Street, Suite 365, #334
    Austin, TX 78723
    (323) 422-8578
    ranjana@statesuniteddemocracy.org

Dated: September 20, 2021

                                        Respectfully submitted,

                                        STATES UNITED DEMOCRACY CENTER

                                        */s/ Ranjana Natarajan*

Ranjana Natarajan  
Texas Bar No. 24071013  
1801 East 51st Street, Suite 365, #334  
Austin, TX 78723  
(323) 422-8578  
ranjana@statesuniteddemocracy.org

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel for all parties who have appeared in this action by filing the same with the Court's electronic case management system on September 20, 2021.

*/s/ Ranjana Natarajan*
Ranjana Natarajan