IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LULAC TEXAS; VOTO LATINO; TEXAS ALLIANCE FOR RETIRED AMERICANS; TEXAS AFT, <br><br>*Plaintiffs,*<br><br>v.<br><br>JOSE ESPARZA, in his official capacity as the Texas Deputy Secretary of State, et al.,<br><br>*Defendants.* | Civil Action No: 1:21-cv-00786-RP |

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now **Sharon Song**, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent **Lisa Wise, in her official capacity as the El Paso County Elections Commissioner** in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm **Cooley LLP**, with offices at;

   3 Embarcadero Center, 20th Floor
   San Francisco, CA 94111-4004
   Telephone: +1 415 693-2000
   Facsimile: +1 415 693-2222
   Email: ssong@cooley.com

2. Since **December 14, 2016**, Applicant has been and presently is a member of and in good standing with the Bar of the State of **California**.

   Applicant's bar license number is **313535**.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| U.S. District Court, Northern District of CA | 6/26/2018 |
| U.S. District Court, Central District of CA | 7/2/2018 |
| U.S. Court of Appeals for the 9th Circuit | 3/11/2021 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   **N/A**

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

   **N/A**

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   **N/A**

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

   Orion Armon (oarmon@cooley.com)
   Cooley LLP
   1144 15th Street
   Suite 2300

Denver, CO 80202-2686
Telephone: +1 720 566-4000
Facsimile: +1 720 566-4099

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of **Sharon Song** to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

*Sharon Song*
Sharon Song

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this motion was served through the Court's CM/ECF Document Filing System upon each attorney of record and the original upon the Clerk of Court on this the 22th day of September, 2021.

*/s/ Orion Armon*
Orion Armon (CO SBN #34923)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LULAC TEXAS; VOTO LATINO; TEXAS ALLIANCE FOR RETIRED AMERICANS; TEXAS AFT, <br><br>*Plaintiffs,* <br><br>v. <br><br> JOSE ESPARZA, in his official capacity as the Texas Deputy Secretary of State, et al., <br><br>*Defendants.* | § § § § § § § § § § § § § | Civil Action No: 1:21-cv-00786-RP |

## **O R D E R**

BE IT REMEMBERED on this the _____ day of _____, 20____, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Sharon Song ("Applicant"), counsel for Lisa Wise, in her official capacity as the El Paso County Elections Commissioner and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Applicant may appear on behalf of Lisa Wise, in her official capacity as the El Paso County Elections Commissioner in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's Pro Hac Vice status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20\_\_\_\_.

_____
UNITED STATES DISTRICT JUDGE