# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LULAC TEXAS; VOTO LATINO; TEXAS ALLIANCE FOR RETIRED AMERICANS; TEXAS AFT, <br><br> *Plaintiffs,* <br><br> v. <br><br> JOSE ESPARZA, in his official capacity as the Texas Deputy Secretary of State, et al., <br><br> *Defendants.* | Civil Action No: 1:21-cv-00786-XR |

## ORDER SETTING DEADLINE FOR RESPONSIVE PLEADING

Before the Court is Defendant Lisa Wise's Unopposed Motion for an Extension of Time to Respond to the Complaint. After considering the Motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Lisa Wise has until November 1, 2021, to respond to Plaintiffs' Complaint.

Date: _____

                                                  XAVIER RODRIGUEZ
                                                  UNITED STATES DISTRICT JUDGE

257208221