FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

SEP 2 8 2021

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

LULAC TEXAS; VOTO LATINO; TEXAS
ALLIANCE FOR RETIRED AMERICANS;
TEXAS AFT,

-vs-

Case No.:   1:21-cv-00786

JOSE ESPARZA, in his official capacity as the
Texas Deputy Secretary of State; KEN PAXTON,
et al

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____**Domingo A. Garcia**_____, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent _____**LULAC TEXAS**_____ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) _____**The Law Offices of Domingo A. Garcia, P.C.**_____,

with offices at

| | |
|---|---|
| Mailing address: | 1111 W. Mockingbird Lane, Suite 1200 |
| City, State, Zip Code: | Dallas, Texas 75247 |
| Telephone: | 214-941-8300 |
| Facsimile: | 214-943-7536 |
| Email: | domingo@dgley.com |

2. Since **11/04/1993**, Applicant has been and presently is a member of and in good standing with the Bar of the State of **Texas**. Applicant's bar license number is **07631950**.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| **U.S. District, Eastern District of** | **May 14, 2008** |
| **U.S. Bankr. Southern District of** | **September 5, 2007** |
| **U.S. District, Northern District of** | **November 17, 1983** |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   **n/a**

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

   **Received a public reprimand on March 4, 2005.**

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   **None.**

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

   ☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

   ☑ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

   Co-counsel: **Luis Vera**

   Mailing address: **407 W. Ware Blvd.**

   City, State, Zip Code: **San Antonio, Texas  78221**

   Telephone: **(210) 225-3300**

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of **Domingo A. Garcia** to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

**Domingo A. Garcia**
[printed name of Applicant]

*/s/*
[signature of Applicant]

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the **22** day of **September**, **2021**.

**Domingo A. Garcia**
[printed name of Applicant]

*/s/*
[signature of Applicant]

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 1
Receipt Number: 100040370
Cashier ID: cjames
Transaction Date: 09/28/2021
Payer Name: THE LAW OFFICES OF DOMINGO A.
--------------------------------
PRO HAC VICE
 For: DOMINGO A. GARCIA
 Case/Party: D-TXW-5-21-LB-000000-001
 Amount:        $100.00
--------------------------------
PAPER CHECK
 Check/Money Order Num: D021573
 Amt Tendered: $100.00
--------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00

1:21-CV-786-XR; LULAC TEXAS ET AL
V. ESPARZA ET AL; PRO HAC VICE FEE
FOR DOMINGO A. GARCIA
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

LULAC TEXAS; VOTO LATINO; TEXAS
ALLIANCE FOR RETIRED AMERICANS;
TEXAS AFT

-vs-

JOSE ESPARZA, in his official capacity as the
Texas Deputy Secretary of State; KEN PAXTON,
et al

Case No. 1:21-cv-00786

### ORDER

BE IT REMEMBERED on this the _____ day of _____, 20____, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by ____**Domingo A. Garcia**____ ("Applicant"), counsel for ____**LULAC TEXAS**____ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of ____**LULAC TEXAS**____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE