IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **LULAC TEXAS; VOTO LATINO; TEXAS ALLIANCE FOR RETIRED AMERICANS; TEXAS AFT,** §§§§§<br>*Plaintiffs*, §<br> §<br>**v.** §<br> §<br>**JOSE ESPARZA, in his official capacity as** §<br>**the Texas Deputy Secretary of State; KEN** §<br>**PAXTON, in his official capacity as the** §<br>**Texas Attorney General; JACQUELYN** §<br>**CALLANEN, in her official capacity as the** §<br>**Bexar County Elections Administrator;** §<br>**DANA DEBEAUVOIR, in her official** §<br>**capacity as the Travis County Clerk;** §<br>**ISABEL LONGORIA, in her official** §<br>**capacity as the Harris County Elections** §<br>**Administrator; YVONNE RAMON, in her** §<br>**official capacity as the Hidalgo County** §<br>**Elections Administrator; MICHAEL** §<br>**SCARPELLO, in his official capacity as the** §<br>**Dallas County Elections Administrator;** §<br>**LISA WISE, in her official capacity as the El** §<br>**Paso County Elections Administrator;** §<br>*Defendants*. § | **CIVIL ACTION NO. 1:21-CV-786** |

## **ORDER**

Defendant ISABEL LONGORIA's Unopposed Motion to Set Deadline for Responsive Pleading is GRANTED.

IT IS THEREFORE ORDERED that the deadline for ISABEL LONGORIA, in her official capacity as the Harris County Elections Administrator to Answer or otherwise plead is extended to and including October 25, 2021.

SIGNED ON _____, 2021.

_____
Honorable Xavier Rodriguez
United States District Judge