## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 1:21-CV-00786

Plaintiff:
**Lulac Texas; Vote Latino; Texas Alliance for Retired Americans; Texas AFT**

vs.

Defendant:
**Jose Esparza, in his official capacity as the Texas Deputy Secretary of State; Ken Paxton, in his official capacity as the Texas Attorney General; et al.**

Received by GARY F. HODGES  PSC10081 EXP:12/31/2022 on the 9th day of September, 2021 at 6:04 pm to be served on **Isabel Longoria, in her official capacity as the Harris County Elections Administrator, Harris County Administration Building, 1001 Preston St, Ste 200, Houston, TX 77002**

I, GARY F. HODGES  PSC10081 EXP:12/31/2022, being duly sworn, depose and say that on the **15th day of September, 2021 at 3:10 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Tyler James** as **Chief Of Staff** at the address of: **1001 Preston St, Ste 200, Houston, TX 77002**, who stated they are authorized to accept service for **Isabel Longoria,**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 34, Sex: M, Race/Skin Color: WHITE, Height: 5'7, Weight: 185, Hair: RED, Glasses: N

I am a State of Texas Authorized Process Server; I am competent to make this oath; I am not less than 18 years of age; I am not a party in the above-referenced case; I have not been convicted of a felony or crime of moral turpitude; and I am not interested in the outcome of the above styled and numbered suit; and I swear that the above statements and facts are true and correct.

Subscribed and Sworn to before me on the 16th day of September, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

GARY F. HODGES  PSC10081 EXP:12/31/2022
Process Server

AUSTIN PROCESS LLC
809 NUECES
AUSTIN, TX 78701

Our Job Serial Number: MST-2021006571
Ref: 138393.0042

NOTOCHA COE
Notary Public, State of Texas
Comm. Expires 10-16-2022
Notary ID 13176197-6



Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b