IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LULAC Texas, et al<br>Plaintiffs, | §<br>§<br>§ | |
| v. | §<br>§<br>§ | Civil Action No. 1:21-cv-786-XR |
| ESPARZA, et al<br>Defendants. | §<br>§<br>§ | |

## ORDER GRANTING DEFENDANT MICHAEL SCARPELLO'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING TO PLAINTIFFS' ORIGINAL COMPLAINT

Before the Court is Defendant Michael Scarpello's Unopposed Motion to Extend Deadline to File an Answer or Other Responsive Pleading to Plaintiffs' Original Complaint (the "Motion"). The Court finds that the Motion is well-taken, unopposed, and should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Michael Scarpello shall have up to and including October 25, 2021 to file his answer or any other responsive pleading to Plaintiffs' Original Complaint.

IT IS SO ORDERED.

Signed and entered this _____ day of _____, 2021.

_____
Xavier Rodriguez
United States District Court Judge